CAUSE NO. 27,279-A

FILED AT 2:10 o'CLOCK PM JUN - 5 2017 Tammy Robinson DISTRICT CLERK Taylor County, Texas

| THE STATE OF TEXAS | ) | IN THE 42ND DISTRICT COURT |
| VS. | ) | OF |
| MARCUS EARLDALE HENSLEE | ) | TAYLOR COUNTY, TEXAS |

FILED 11th COURT OF APPEALS EASTLAND, TEXAS 06/15/17 3:40:05 PM SHERRY WILLIAMSON CLERK

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, Judge of the trial court, certify this criminal case:

   ✔    is not a plea-bargain case, and the defendant has the right of appeal. (or)

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. (or)

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. (or)

_____ is a plea-bargain case, and the defendant has NO right of appeal. (or)

_____ the defendant has waived the right of appeal.

_____
Judge

_June 1, 2017_
Date signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant
Mailing Address:
Telephone number:

_____
Defendant's Counsel
State Bar of Texas ID #
Mailing Address:
Telephone number:

MCR 135     950